UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAJA SOKOLA, an Individual,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>HARVEY WEINSTEIN, ROBERT WEINSTEIN, THE WALT DISNEY COMPANY, DISNEY ENTERPRISES, INC., MIRAMAX HOLDING CORP., MIRAMAX FILM NY LLC f/k/a MIRAMAX FILM CORP., and DOE CORP. 1-10,<br><br>　　　　　　　　　　Defendants. | Case No.: 20-cv-00925<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Brian T. Kohn, an attorney in good standing of the bar of this Court and a special counsel at the law firm of Schulte Roth & Zabel LLP, hereby appears as counsel for Defendant Robert Weinstein in the above captioned action, and requests that copies of all papers served in this action be served on the undersigned at the address indicated below.

Dated:　New York, New York
　　　　　February 4, 2020

SCHULTE ROTH & ZABEL LLP

By:　/s/ Brian T. Kohn
　　　Brian T. Kohn

　　　919 Third Avenue
　　　New York, NY  10022
　　　Telephone: 212.756.2000
　　　Facsimile: 212.593.5955
　　　E-mail: Brian.Kohn@srz.com

*Attorneys for Defendant Robert Weinstein*