UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
KAJA SOKOLA,                                       :
               Plaintiff,      :
                                  :
                                  :     Index No.: 20-cv-00925
          v.                                       :
                                  :
HARVEY WEINSTEIN, ROBERT WEINSTEIN,   :
THE WALT DISNEY COMPANY, DISNEY       :    **NOTICE OF APPEARANCE**
ENTERPRISES, INC., MIRAMAX HOLDING    :
CORP., MIRAMAX FILM NY LLC f/k/a           :
MIRAMAX FILM CORP., and DOE CORP. 1-10, :
                                  :
                                  :
              Defendants.       :
------------------------------------------------------------ X

     **PLEASE TAKE NOTICE** that Bryan L. Arbeit of Wigdor LLP hereby enters his appearance as counsel on behalf of Plaintiff in the above-captioned matter.

Dated: February 6, 2020
        New York, New York                    Respectfully submitted,

                                                           **WIGDOR LLP**

                                                           By: _____
                                                               Bryan L. Arbeit

                                                           85 Fifth Avenue
                                                           New York, NY 10003
                                                          Telephone: (212) 257-6800
                                                          Facsimile: (212) 257-6845
                                                          barbeit@wigdorlaw.com

                                                          *Attorney for Plaintiff*