# Exhibit E

Filed Under Seal Pending Order of the Court