```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/13/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
KAJA SOKOLA,                                                       :
:
:
            Plaintiff,                                             :
:   20-cv-0925 (LJL)
       -v-                                                         :
:   ORDER
:
HARVEY WEINSTEIN, ROBERT WEINSTEIN, THE    :
WALT DISNEY COMPANY, DISNEY ENTERPRISES,   :
INC., MIRAMAX HOLDING CORP., MIRAMAX       :
FILM NY LLC f/k/a MIRAMAX FILM CORP., and  :
DOE CORP. 1-10,                            :
:
            Defendants.                                            :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court is in receipt of the parties' briefing regarding Plaintiff's motion to remand. It is hereby ORDERED that oral argument is scheduled for June 8, 2020 at 11:00 a.m. The parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and to follow the necessary prompts.

      SO ORDERED.

Dated: May 13, 2020                          _____
       New York, New York                              LEWIS J. LIMAN
                                                    United States District Judge